Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                      Case No.: 17−35439−ABA
                      Chapter: 13
                      Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Thomas J. Cocuzza Sr.
    1007 Chateau Court
    Atco, NJ 08004

Social Security No.:
    xxx−xx−2014

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:                2/28/18
Time:              09:00 AM
Location:         Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

      An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

      **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 3, 2018
JAN: eag

                                    Jeanne Naughton
                                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 17-35439-ABA
Thomas J. Cocuzza, Sr.                                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin                    Page 1 of 1                  Date Rcvd: Jan 03, 2018
                              Form ID: 132                   Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 05, 2018.
db           +Thomas J. Cocuzza, Sr.,    1007 Chateau Court,    Atco, NJ 08004-1317
517237269    +CCS/Bryant State Bank,    500 E 60th Street N,    Sioux Falls, SD 57104-0478
517237270     Citifinancial,    605 Munn RdC/S Care Dept,    Fort Mill, SC 29715
517237273     First Premier,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
517237274    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
517237276    +HSBC Bank,    PO Box 30253,    Salt Lake City, UT 84130-0253
517237278    +Leroy P. Wooster Funeral Home,    441 White Horse Pike,    Atco, NJ 08004-2227
517237279     Lourdes Cardiology Services,    c/o Apex Asset Management,    PO Box 70441891,
               Santa Barbara Ste 204,    Lancaster, PA 17604-7044
517237282    +NCEP Auto Finance,    PO BOX 4138,    Houston, TX 77210-4138
517237283    +Santander Consumer,    8585 N Stemmons Fwy   Ste 1000,    Dallas, TX 75247-3800
517237284    +South Jersey Gas,    PO Box 6091,    Bellmawr, NJ 08099-6091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: usanj.njbankr@usdoj.gov Jan 03 2018 23:18:51      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 03 2018 23:18:48      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517237266     E-mail/Text: bnc-applied@quantum3group.com Jan 03 2018 23:19:04      Applied Bank,
               PO Box 10210,    Wilmington, DE 19850
517237268    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2018 23:39:58
               Capital One Bank NA,    c/o Portfolio Recove3ry Associates LLC,    120 Corporate Blvd,
               Norfolk, VA 23502-4952
517237271    +E-mail/Text: bankruptcydpt@mcmcg.com Jan 03 2018 23:18:47      Credit One Bank,
               c/o Midland Funding LLC,    8875 Aero Drive  Ste 200,    San Diego, CA 92123-2255
517237272    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2018 23:39:43      Credit One Bank NA,
               c/o LVNV Funding LLC,    PO Box 10497,    Greenville, SC 29603-0497
517237275    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 03 2018 23:39:57      GE Money bAnk,
               c/o Portfolio Recovery Associates,    120 Corporate Blvd  Ste 100,    Norfolk, VA 23502-4952
517237277     E-mail/Text: cio.bncmail@irs.gov Jan 03 2018 23:18:21      IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
517237267     E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 03 2018 23:19:00      Aspire Visa,
               c/o Jefferson Capital Systems,    16 Mcleland Road,    Saint Cloud, MN 56303
517237280    +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2018 23:39:43      LVNV Funding, LLC,
               PO Box 10497,    Greenville, SC 29603-0497
517237281    +E-mail/Text: bkr@cardworks.com Jan 03 2018 23:17:59      Merrick Bank,
               10705 S Jordan Gtwy  Ste 200,    South Jordan, UT 84095-3977
517237285    +E-mail/Text: jennifer.chacon@spservicing.com Jan 03 2018 23:19:40      SPS,    PO BOX 65250,
               Salt Lake City, UT 84165-0250
517238247    +E-mail/PDF: gecsedi@recoverycorp.com Jan 03 2018 23:39:41      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Eric Clayman    on behalf of Debtor Thomas J. Cocuzza, Sr. jenkins.clayman@verizon.net
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 3