*Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

| | |
|---|---|
| *Jane L. McDonald, Counsel* | *Kelleen E. Stanley\** |
| *Raymond H. Shockley, Jr. Staff Attorney* | *Jennie P. Archer\** |
| *Jennifer R. Gorchow, Staff Attorney* | *Jenai M. Cerquoni\** |
| | *Lu'Shell K. Alexander\** |
| | *\*Certified Bankruptcy Assistant* |
| | †*Fellow, American College of Bankruptcy* |

January 24, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:     Thomas J. Cocuzza, Jr.
      Case No:            17-35439   ABA
      Hearing Date:       February 28, 2019 at 2:00 PM

Dear Judge Altenburg:

    Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on January 21, 2019.

    The Trustee wishes to correct Mr. Clayman's Certification in Support of his supplemental fee.  Mr. Clayman's certification states that he has applied for fees (including original retainer) in the amount of $4,538.15 in this case, and has been paid $670.49.  However, Mr. Clayman has applied for fees totaling $3,538.15, and not the amount of $4,538.15.

    The Trustee objects to Mr. Clayman's current fee application.  A supplemental fee amount of $1,000.00 was taken into consideration at the confirmation hearing.  However, the proposed form of Order filed with the motion/application, fails to indicate a correct monthly Trustee payment going forward.  Therefore, the Trustee respectfully request that the proposed form of Order be amended to reflect new payments of $326.00 per month for forty-seven (47) months.

    As always, the Court is welcome to contact the Trustee with any questions.

    Respectfully submitted,

*OFFICE OF THE CHAPTER 13*
*STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Eric J. Clayman, Esquire   (Debtor(s)' Counsel)   (via Electronic Case Filing / ECF)
     Thomas J. Cocuzza, Jr.   (Debtor)   (via First Class Mail)

| | |
|---|---|
| Cherry Tree Corporate Center | **Payments Only:** |
| 535 Route 38 | |
| Suite 580 | P.O. Box 1978 |
| Cherry Hill, NJ 08002 | Memphis, TN 38101-1978 |
| (856) 663-5002 | |