Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                    Case No.: 17−35439−ABA
                    Chapter: 13
                    Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J. Cocuzza Sr.
   1007 Chateau Court
   Atco, NJ 08004

Social Security No.:
   xxx−xx−2014

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

     NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:      2/28/19
Time:      02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

     The following applications for compensation have been filed:

APPLICANT(S)
Eric Clayman, Debtor's Attorney

COMMISSION OR FEES
$2572.00

EXPENSES
$20.88

Creditors may be heard before the applications are determined.

     An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: January 23, 2019
JAN:

                                                  Jeanne Naughton
                                                  Clerk

```
                            United States Bankruptcy Court
                                  District of New Jersey

In re:                                                                  Case No. 17-35439-ABA
Thomas J. Cocuzza, Sr.                                                  Chapter 13
          Debtor                     CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin                 Page 1 of 2                  Date Rcvd: Jan 23, 2019
                                Form ID: 137                Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2019.
db             +Thomas J. Cocuzza, Sr.,    1007 Chateau Court,   Atco, NJ 08004-1317
517237269      +CCS/Bryant State Bank,    500 E 60th Street N,   Sioux Falls, SD 57104-0478
517237270       Citifinancial,    605 Munn RdC/S Care Dept,   Fort Mill, SC 29715
517237273       First Premier,    3820 N Louise Ave,   Sioux Falls, SD 57107-0145
517237274      +First Premier Bank,    601 S Minnesota Ave,   Sioux Falls, SD 57104-4868
517237276      +HSBC Bank,    PO Box 30253,   Salt Lake City, UT 84130-0253
517237278      +Leroy P. Wooster Funeral Home,    441 White Horse Pike,   Atco, NJ 08004-2227
517237279       Lourdes Cardiology Services,    c/o Apex Asset Management,   PO Box 70441891,
                 Santa Barbara Ste 204,   Lancaster, PA 17604-7044
517237283      +Santander Consumer,    8585 N Stemmons Fwy Ste 1000,   Dallas, TX 75247-3800
517237284      +South Jersey Gas,    PO Box 6091,   Bellmawr, NJ 08099-6091

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 23 2019 23:50:31    U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 23 2019 23:50:28    United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517237266       E-mail/Text: bnc-applied@quantum3group.com Jan 23 2019 23:50:56    Applied Bank,
                 PO Box 10210,   Wilmington, DE 19850
517237268      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:56:37
                 Capital One Bank NA,    c/o Portfolio Recove3ry Associates LLC,   120 Corporate Blvd,
                 Norfolk, VA 23502-4952
517237271      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 23:50:27    Credit One Bank,
                 c/o Midland Funding LLC,   8875 Aero Drive Ste 200,   San Diego, CA 92123-2255
517237272      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 23:55:56    Credit One Bank NA,
                 c/o LVNV Funding LLC,   PO Box 10497,   Greenville, SC 29603-0497
517237275      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 23 2019 23:57:22    GE Money bAnk,
                 c/o Portfolio Recovery Associates,    120 Corporate Blvd Ste 100,   Norfolk, VA 23502-4952
517237277       E-mail/Text: cio.bncmail@irs.gov Jan 23 2019 23:49:52    IRS,   PO Box 7346,
                 Philadelphia, PA 19101-7346
517237267       E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 23 2019 23:50:48    Aspire Visa,
                 c/o Jefferson Capital Systems,   16 Mcleland Road,   Saint Cloud, MN 56303
517348789       E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 23:55:55
                 LVNV Funding LLC, C/O Resurgent Capital Services,    P.O. Box 10675,
                 Greenville, SC 29603-0675
517237280      +E-mail/PDF: resurgentbknotifications@resurgent.com Jan 23 2019 23:57:24    LVNV Funding, LLC,
                 PO Box 10497,   Greenville, SC 29603-0497
517351200       E-mail/Text: bkr@cardworks.com Jan 23 2019 23:49:05    MERRICK BANK,
                 Resurgent Capital Services,   PO Box 10368,   Greenville, SC 29603-0368
517237281      +E-mail/Text: bkr@cardworks.com Jan 23 2019 23:49:05    Merrick Bank,
                 10705 S Jordan Gtwy Ste 200,   South Jordan, UT 84095-3977
517337503      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 23 2019 23:50:27    Midland Funding LLC,
                 PO Box 2011,   Warren, MI 48090-2011
517237282      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 23 2019 23:55:50    NCEP Auto Finance,
                 PO BOX 4138,   Houston, TX 77210-4138
517740640      +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 23 2019 23:56:31    NCEP, LLC,
                 AIS Portfolio Services, LP,   4515 N Santa Fe Ave. Dept. APS,   Oklahoma City, OK 73118-7901
517237285      +E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2019 23:51:45    SPS,   PO BOX 65250,
                 Salt Lake City, UT 84165-0250
517354972       E-mail/Text: jennifer.chacon@spservicing.com Jan 23 2019 23:51:45
                 Select Portfolio Servicing, Inc.,    P.O. Box 65250,   Salt Lake City, UT 84165-0250
517238247      +E-mail/PDF: gecsedi@recoverycorp.com Jan 23 2019 23:55:44    Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                               TOTAL: 19

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0312-1           User: admin                  Page 2 of 2                   Date Rcvd: Jan 23, 2019
                               Form ID: 137                 Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 21, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Thomas J. Cocuzza, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2007-7 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 6
```