Order Filed on May 14, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN** <br> Eric J Clayman, Esquire <br> 412 White Horse Pike <br> Audubon, NJ 08106 <br> (856) 546-9696 <br> Attorneys for the Debtor | |
| In Re: <br> Thomas Cocuzza <br> debtor | Case No.: 17-35439 <br><br> Chapter: 13 <br><br> Hearing Date: 3/3/2020 <br><br> Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

DATED: May 14, 2020

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$1455.50</u> for services rendered and expenses in the amount of <u>$107.25</u> for a total of <u>$1562.75</u> The allowance is payable:

   <u>X</u>  through the Chapter 13 plan as an administrative priority.
   <u>   </u>  outside the plan.

The debtor's monthly plan is modified to require a payment of $379 per month starting April 2020 for 33 months to allow for payment of the above fee.