| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | Order Filed on May 14, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br>Thomas Cocuzza<br><br>debtor | Case No.:　　　　　17-35439<br><br>Chapter:　　　　　　13<br><br>Hearing Date:　　　3/3/2020<br><br>Judge:　　　　　　　ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: May 14, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$1455.50</u> for services rendered and expenses in the amount of <u>$107.25</u> for a total of <u>$1562.75</u> The allowance is payable:

   <u>X</u>  through the Chapter 13 plan as an administrative priority.

   ____ outside the plan.

The debtor's monthly plan is modified to require a payment of $379 per month starting April 2020 for 33 months to allow for payment of the above fee.

```
                        United States Bankruptcy Court
                              District of New Jersey
In re:                                                        Case No. 17-35439-ABA
Thomas J. Cocuzza, Sr.                                        Chapter 13
        Debtor
                            CERTIFICATE OF NOTICE
District/off: 0312-1        User: admin           Page 1 of 1      Date Rcvd: May 14, 2020
                            Form ID: pdf903       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2020.
db             +Thomas J. Cocuzza, Sr.,    1007 Chateau Court,    Atco, NJ 08004-1317
aty            +William G Sokol,    Sokol & Linden, Attorneys at Law,    35 Kings Highway East,    Suite 202,
                 Haddonfield, NJ 08033-2009
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS, Inc.
               Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Eric   Clayman    on behalf of Debtor Thomas J. Cocuzza, Sr. jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jane L. McDonald    on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    The Bank of New York Mellon as Trustee for CWABS,
               Inc. Asset-Backed Certificates, Series 2007-7 rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7
```