Order Filed on May 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
| **JENKINS & CLAYMAN**<br>Eric J Clayman, Esquire<br>412 White Horse Pike<br>Audubon, NJ 08106<br>(856) 546-9696<br>Attorneys for the Debtor | |
| In Re:<br>Thomas Cocuzza<br><br>debtor | Case No.: 17-35439<br><br>Chapter: 13<br><br>Hearing Date: 3/3/2020<br><br>Judge: ABA |

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED.**

**DATED: May 21, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

5

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that <u>Jenkins & Clayman</u>, the applicant, is allowed a fee of <u>$1000.00</u> for services rendered and expenses in the amount of <u>$0.00</u> for a total of <u>$1000.00</u> The allowance is payable:

<u>   </u> through the Chapter 13 plan as an administrative priority.

<u> X </u> outside the plan.