Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−35439−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Thomas J. Cocuzza Sr.
   1007 Chateau Court
   Atco, NJ 08004

Social Security No.:
   xxx−xx−2014

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 21, 2022
JAN: har

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 17-35439-ABA |
| Thomas J. Cocuzza, Sr. | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 21, 2022 | Form ID: 148 | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Cocuzza, Sr., 1007 Chateau Court, Atco, NJ 08004-1317 |
| aty | + | William G Sokol, Sokol & Linden, Attorneys at Law, 35 Kings Highway East, Suite 202, Haddonfield, NJ 08033-2009 |
| r | + | Jody Clancy, BHHS Fox & Roach Realtors, 352 Stokes Road, Suite 1, Marlton, NJ 08055-8477 |
| 517237270 | | Citifinancial, 605 Munn RdC/S Care Dept, Fort Mill, SC 29715 |
| 517237278 | + | Leroy P. Wooster Funeral Home, 441 White Horse Pike, Atco, NJ 08004-2227 |
| 517237279 | | Lourdes Cardiology Services, c/o Apex Asset Management, PO Box 70441891, Santa Barbara Ste 204, Lancaster, PA 17604-7044 |
| 517237284 | + | South Jersey Gas, PO Box 6091, Bellmawr, NJ 08099-6091 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 21 2022 20:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 21 2022 20:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517237266 | | EDI: APPLIEDBANK.COM | Dec 22 2022 01:44:00 | Applied Bank, PO Box 10210, Wilmington, DE 19850 |
| 517237269 | | Email/Text: BNBSB@capitalsvcs.com | Dec 21 2022 20:47:00 | CCS/Bryant State Bank, 500 E 60th Street N, Sioux Falls, SD 57104 |
| 517237268 | + | EDI: PRA.COM | Dec 22 2022 01:44:00 | Capital One Bank NA, c/o Portfolio Recove3ry Associates LLC, 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 517237271 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 21 2022 20:48:00 | Credit One Bank, c/o Midland Funding LLC, 8875 Aero Drive Ste 200, San Diego, CA 92123-2255 |
| 517237272 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2022 20:57:25 | Credit One Bank NA, c/o LVNV Funding LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517237273 | | EDI: AMINFOFP.COM | Dec 22 2022 01:44:00 | First Premier, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 517237274 | + | EDI: AMINFOFP.COM | Dec 22 2022 01:44:00 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 517237275 | + | EDI: PRA.COM | Dec 22 2022 01:44:00 | GE Money bAnk, c/o Portfolio Recovery Associates, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 517237276 | + | EDI: HFC.COM | Dec 22 2022 01:44:00 | HSBC Bank, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 517237277 | | EDI: IRS.COM | Dec 22 2022 01:44:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517237267 | | EDI: JEFFERSONCAP.COM | Dec 22 2022 01:44:00 | Aspire Visa, c/o Jefferson Capital Systems, 16 Mcleland Road, Saint Cloud, MN 56303 |
| 517348789 | | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 17-35439-ABA  Doc 79  Filed 12/23/22  Entered 12/24/22 00:15:03  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 21, 2022 | Form ID: 148 | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | Dec 21 2022 20:57:38 | LVNV Funding LLC, C/O Resurgent Capital Services, P.O. Box 10675, Greenville, SC 29603-0675 |
| 517237280 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Dec 21 2022 20:57:25 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 517351200 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 21 2022 20:57:35 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517237281 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Dec 21 2022 20:57:47 | Merrick Bank, 10705 S Jordan Gtwy Ste 200, South Jordan, UT 84095-3977 |
| 517337503 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Dec 21 2022 20:48:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517237282 | + | EDI: AISACG.COM | | |
| | | | Dec 22 2022 01:44:00 | NCEP Auto Finance, PO BOX 4138, Houston, TX 77210-4138 |
| 517740640 | + | EDI: AISACG.COM | | |
| | | | Dec 22 2022 01:44:00 | NCEP, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517237285 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 21 2022 20:48:00 | SPS, PO BOX 65250, Salt Lake City, UT 84165-0250 |
| 517237283 | + | Email/Text: enotifications@santanderconsumerusa.com | | |
| | | | Dec 21 2022 20:48:00 | Santander Consumer, 8585 N Stemmons Fwy Ste 1000, Dallas, TX 75247-3800 |
| 517354972 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | | |
| | | | Dec 21 2022 20:48:00 | Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 517238247 | + | EDI: RMSC.COM | | |
| | | | Dec 22 2022 01:44:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2022                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 3 of 3
Date Rcvd: Dec 21, 2022 | Form ID: 148 | Total Noticed: 31

| | |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jane L. McDonald | on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com |
| Jeffrey E. Jenkins | on behalf of Debtor Thomas J. Cocuzza Sr. mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6