| Fill in this Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Thomas J. Cocuzza, Sr. | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | District of New Jersey | |
| Case Number: | 17-35439 | | |

FILED
JEANNE A. NAUGHTON, CLERK
JUN 27 2023
U.S. BANKRUPTCY COURT
TRENTON, NJ
BY _____ DEPUTY

---

**Form 1340 (12/19)**

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | $7,806.40 |
|---|---|
| Claimant's Name: | Dilks & Knopik, LLC as assignee to Thomas J. Cocuzza, Sr. |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 35308 SE Center Street<br>Snoqualmie, WA 98065<br>Phone Number: 428-836-5728 x123<br>Email address: admin@dilksknopik.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

**4. Notice to United States Attorney**

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> District of New Jersey
> *Peter Rodino Federal Building*
> *970 Broad Street, Room 700*
> Newark, NJ 07102

---

**5. Applicant Declaration**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 20, 2023

*[signature]*

Signature of Applicant
Andrew T. Drake – Vice President
Dilks & Knopik, LLC

35308 SE Center Street
Snoqualmie, WA 98065
428-836-5728 x123
admin@dilksknopik.com

**5. Co-Applicant Declaration (if applicable)**
Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

_____
Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address:

Telephone: _____

Email: _____

---

**6. Notarization**
STATE OF <u>WASHINGTON</u>

COUNTY OF <u>KING</u>

This Application for Unclaimed Funds, dated <u>June 20, 2023</u> was subscribed and sworn to before me this <u>20th</u> day of <u>June</u>, 20<u>23</u> by <u>Andrew T. Drake</u> who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public *[signature]*
                    Matthew Zettley

My commission expires: <u>February 19, 2026</u>

*[Notary seal: MATTHEW ZETTLEY / NOTARY PUBLIC #197879 / STATE OF WASHINGTON / COMMISSION EXPIRES / FEBRUARY 19, 2026]*

**6. Notarization**
STATE OF _____

COUNTY OF _____

This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this _____ day of _____, 20_____ by _____ who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal.

(SEAL)    Notary Public _____

My commission expires:

---

Form 1340        Application for Payment of Unclaimed Funds        Page 2



June 20, 2023

US Bankruptcy Court
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

RE: Application for the Release of Unclaimed Funds

Dear Friends:

I am applying to the US Bankruptcy Court, District of New Jersey for the release of the unclaimed monies originally due and owing to Thomas J. Cocuzza, Sr. for the approximant amount of $7,806.40. This is from the Bankruptcy of Thomas J. Cocuzza, Sr. and Case No. 17-35439.

Thank you for your attention to this matter.

Sincerely,

Andrew T. Drake
Vice President

35308 SE Center Street
Snoqualmie, WA 98065

Phone  425-836-5728
Fax    877-209-8249
Email  admin@dilksknopik.com

www.dilksknopik.com

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b) |
|---|
| Dilks & Knopik, LLC<br>Andrew T. Drake<br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 |
| IN RE:<br><br>Thomas J. Cocuzza, Sr., Debtor |

**FILED**
JEANNE A. NAUGHTON, CLERK

JUN 27 2023

U.S. BANKRUPTCY COURT
TRENTON, NJ
BY_____ DEPUTY

CASE NO.: 17-35439

CHAPTER 13

HEARING DATE:

JUDGE: Michael B. Kaplan

CERTIFICATION IN SUPPORT OF MOTION FOR ORDER DIRECTING PAYMENT OF FUNDS TO THOMAS J. COCUZZA, SR. PURSUANT TO 11 U.S.C. SECTION 347 AND 28 U.S.C. SECTION 2041 ET. SEQ.

Andrew T. Drake – Vice President, of Dilks & Knopik, LLC, certifies under penalty of perjury as follows:

1. I am an officer of Dilks & Knopik, LLC. I am duly authorized by Thomas J. Cocuzza, Sr., the debtor, who has the right to unclaimed funds to make this claim. To the best of my knowledge, information and belief, the sum of $7,806.40 is due, owing and unpaid to the debtor.

2. Thomas J. Cocuzza, Sr. is the debtor who has the right to these unclaimed funds deposited with the Court. This Claimant was the Debtor named above.

3. The debtor was due to receive and the Trustee did, in fact, make a distribution from the estate of the Debtor in the amount of $7,806.40.

4. The check forwarding the funds was returned un-cashed and undelivered since the address the debtor scheduled was:

( ) not accurate

( ) not updated after the creditor claimant had moved, or

(X) (Other) Dividends were not collected by the debtor, Thomas J. Cocuzza, Sr. Thomas J. Cocuzza, Sr., the debtor, has assigned his unclaimed funds to Dilks & Knopik, LLC, the claimant. The Debtor was not located by the debtor or the trustee and the funds due to the Claimant were paid into the Court pursuant to **11 U.S.C. § 347 and Local Bankruptcy Rule D.N.J. LBR 3011-1 (UNCLAIMED FUNDS)**.

5. Pursuant to 11 U.S.C. § 347 and Chapter 129 of the 28, United States Code, I ask that the Court issue an Order directing the Clerk of the Bankruptcy Court to send payment to Dilks & Knopik, LLC and that payment be made to the order of Dilks & Knopik, LLC as set forth in the proposed form of Order.

6 A copy of the Assignment agreement or other authority approving payment of funds owed to the Claimant to Dilks & Knopik, LLC, 35308 SE Center St, Snoqualmie, WA 98065 is annexed as *Exhibit A*.

7. Proof of the right to the original payment of the unclaimed funds is attached.

8. The proper identification of the claimant is shown by:

check one     ( ) claimant's social security number is:

(X) claimant's employer's identification number is:

( ) certification of the claimant's lawful authority to apply for these funds is:

9. Check if applicable: ( x ) the current claimant is the lawful successor in interest to the original claimant in the funds claimed.   ( x ) the proof of any name change, assignment or other documentation is attached.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, that I am subject to punishment.

Dated:    6/20/2023

_____
Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065
425-836-5728

# Explanation of Supporting Documentation
## for
## Application for Payment of Unclaimed Funds

The claimant did not receive the dividend check in the above case for the following reason:

Dividends were not collected by the debtor, Thomas J. Cocuzza, Sr.

Thomas J. Cocuzza, Sr. has assigned his unclaimed funds to Dilks & Knopik LLC, the claimant, as evidenced by the attached Assignment Agreement.

Date: June 20, 2023

Andrew T. Drake - Vice President
Dilks & Knopik, LLC
35308 SE Center Street
Snoqualmie, WA 98065