Order Filed on July 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)** |
|---|
| Dilks & Knopik, LLC<br>Andrew T. Drake<br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 |
| IN RE:<br><br>Thomas J. Cocuzza, Sr., Debtor |

CASE NO.: 17-35439

CHAPTER 13

JUDGE: Altenburg

## ORDER GRANTING APPLICATION FOR
## PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED: July 19, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

On _____June 27, 2023_____, an application was filed for the Claimant(s), Dilks & Knopik, LLC, assignee to unclaimed funds for Thomas J. Cocuzza, Sr., for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum of $$7,806.40 held in unclaimed funds be made payable to Dilks & Knopik, LLC as assignee to Thomas J. Cocuzza, Sr. and be disbursed to the payee at the following address:

35308 SE Center Street

Snoqualmie WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy
Court Martin Luther King, Jr. Federal Bldg.
Attention: Financial Department 50
Walnut Street
P.O. Box 1352 Newark, NJ 07102

a.  **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b.  **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 12/1/19*