Order Filed on July 19, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** |
| Dilks & Knopik, LLC<br>Andrew T. Drake<br>35308 SE Center Street<br>Snoqualmie, WA 98065<br>425-836-5728 |
| IN RE:<br><br>Thomas J. Cocuzza, Sr., Debtor |

CASE NO.: 17-35439

CHAPTER 13

JUDGE: Altenburg

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

The relief set forth on the following page is **ORDERED**.

**DATED:** July 19, 2023

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

On _____June 27, 2023_____, an application was filed for the Claimant(s), <u>Dilks & Knopik, LLC, assignee to unclaimed funds for Thomas J. Cocuzza, Sr.,</u> for payment of unclaimed funds deposited with the court pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that pursuant to 28 U.S.C. § 2042, the sum <u>of $$7,806.40</u> held in unclaimed funds be made payable to <u>Dilks & Knopik, LLC as assignee to Thomas J. Cocuzza, Sr.</u> and be disbursed to the payee at the following address:

<u>35308 SE Center Street</u>

<u>Snoqualmie WA 98065</u>

The Clerk will disburse these funds not earlier than 14 days after entry of this Order; and it is further

ORDERED that in order to receive payment, the Claimant must provide the Court with the Claimant's tax identification number (TIN) on a form completed and signed by the Claimant to whom funds are being distributed according to the requirements below. This document must include the bankruptcy case number and should be sent to the Court at either of the following addresses:

unclaimedfunds@njb.uscourts.gov

or:

United States Bankruptcy
Court Martin Luther King, Jr. Federal Bldg.
Attention: Financial Department 50
Walnut Street
P.O. Box 1352 Newark, NJ 07102

a.   **Domestic Claimant** - A Claimant who is a U.S. person must submit either:
   1) Court Form AO-213P (available on the Court's website); or
   2) IRS Form W-9 (accessible by searching on the Internal Revenue Service (IRS) website at: https://www.irs.gov/).

**NOTE:** If a claimant desires payment via Electronic Funds Transfer (EFT), then Court Form AO-213P must be used.

b.   **Foreign Claimant** - A foreign claimant must submit both:
   1) IRS Form W-8 (accessible by searching on the IRS website at: https://www.irs.gov/); and
   2) Court Form AO-215 (available on the Court's website).

*rev. 12/1/19*

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 17-35439-ABA

Thomas J. Cocuzza, Sr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 19, 2023 | Form ID: pdf903 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Thomas J. Cocuzza, Sr., 1007 Chateau Court, Atco, NJ 08004-1317 |
| aty | + | William G Sokol, Sokol & Linden, Attorneys at Law, 35 Kings Highway East, Suite 202, Haddonfield, NJ 08033-2009 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2023 at the address(es) listed below:**

**Name**       **Email Address**

Denise E. Carlon
     on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS Inc. Asset-Backed Certificates, Series 2007-7 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
     ecfmail@standingtrustee.com summarymail@standingtrustee.com

Jane L. McDonald
     on behalf of Trustee Isabel C. Balboa ecf@standingtrustee.com

Jeffrey E. Jenkins
     on behalf of Debtor Thomas J. Cocuzza Sr. mail@jenkinsclayman.com, JenkinsClayman@jubileebk.net

U.S. Trustee

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Jul 19, 2023 Form ID: pdf903 Total Noticed: 2

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6